FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Guevara, Gabriela<br>DEFENDANT(S). | CASE NUMBER<br>SACR 06-167 JVS<br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of def, IT IS ORDERED that a detention hearing is set for Friday 11/6/09, ________, at 2:00 ☐a.m. / ☒p.m. before the Honorable Robert N Block, in Courtroom 6B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ____________________ and produced for the hearing.
*(Other custodial officer)*

Dated: 11/5/09

U.S. District Judge/Magistrate Judge